1 | **WEILAND GOLDEN LLP**
Jeffrey I. Golden, State Bar No. 133040
2 | jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
3 | rbello@wgllp.com
650 Town Center Drive, Suite 950
4 | Costa Mesa, California 92626
Telephone    714-966-1000
5 | Facsimile    714-966-1002

6 | Attorneys for Chapter 7 Trustee
Peter J. Mastan
7 |

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **LOS ANGELES DIVISION**

11 | In re                                          Case No. 2:13-bk-37216-RK

12 | ALBERT TALASSAZAN,                    Chapter 7

13 |                              Debtor.      **SUPPLEMENTAL DECLARATIONS OF
CLAUDIA YOSHONIS AND JOHN GOULD
14 |                                          IN SUPPORT OF MOTION FOR ORDER
(1) AUTHORIZING SALE OF PERSONAL
15 |                                          PROPERTY ASSETS SUBJECT TO LIENS
AND INTERESTS PURSUANT TO 11
16 |                                          U.S.C § 363(b) AND (f); (2) APPROVING
OVERBID PROCEDURES, AND (3)
17 |                                          APPROVING BUYER AS GOOD FAITH
PURCHASER PURSUANT TO 11 U.S.C. §
18 |                                          363(m)**

19 |                                          **DATE:    February 17, 2015
TIME:    10:00 a.m.
20 |                                          CTRM:    1675**

21 |

22 | **TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE:**

23 |         I, Claudia Yoshonis, declare as follows:

24 |         1.     I am a paralegal associated with Weiland Golden LLP, attorneys for Peter J.

25 | Mastan, chapter 7 trustee.  The following is based upon my personal knowledge and if

26 | called as a witness herein, I could and would competently testify thereto.

27 |         2.     On February 5, 2014, I conducted a search of the real property public

28 | records of Westlaw.  I searched the following pieces of real property: 2408 Panorama,

1018924.1                                                SUPPLEMENTAL DECLARATION

Weiland Golden LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  Rosamond, California ("2408 Panorama"); 2412 Panorama, Rosamond, California ('2412

2  Panorama"); 1141 Barrington Avenue, Rosamond, California (1141 Barrington") and

3  42739 4th Street E, Lancaster ("42739 4th").

4      3.    I searched the address for each parcel of real property and thereafter

5  located the transaction wherein each limited liability company ("LLC") acquired the

6  property.  I thereafter obtained the deed image (the "Deed Image") of that transaction.

7  True and correct copies of the Deed Images are attached hereto collectively as Exhibits

8  "A" thru "D."

9      4.    True and correct copies of the preliminary title reports for each property

10 prepared on December 19, 2014 by Title 365 Company are attached hereto collectively as

11 Exhibits "E" thru "H."

12     5.    As set forth in the Deed Images in Exhibits A-D and the preliminary title

13 reports in Exhibits E-H, 2408 Panorama (parcel number 251-301-61) and 2412 Panorama

14 (parcel number 251-301-62) are owned by 2408 Panorama Ln LLC.  1141 Barrington is

15 owned by 1141 Barrington Ave LLC and 42739 4th is owned by Soho Center, LLC.

16     I declare under penalty of perjury under the laws of the State of California that the

17 foregoing is true and correct.

18     Executed on this 10th day of February, 2015, at Costa Mesa, California.

19

20                                  _Claudia Yoshonis_

21                                  Claudia Yoshonis

22

23

24

25

26

27

28

Weiland Golden LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714.966.1000  Fax 714.966.1002

James W. Fitch, Assessor – Recorder          4/02/2009
Kern County Official Records                  8:08 AM
Recorded at the request of
**Public**

RECORDED AT THE REQUEST OF          DOC#:   0209046587     Stat Types: 1   Pages:  **2**
CHICAGO TITLE COMPANY

                                                            Fees       18.00
                                                            Taxes      46.20
                                                            Others      0.00
                                                            PAID      $64.20

RECORDING REQUESTED BY:
Ultra Escrow, Inc.
Order No. 880604949
Escrow No. 10175-DL
Parcel No. 251-301-61-00

AND WHEN RECORDED MAIL TO:

ALBERT TALASSAZAN
1336 SANTEE ST.
LOS ANGELES, CA 90015

_____ SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $46.20 and CITY $0.00
☒  computed on full value of property conveyed, or
☐  computed on full value less liens or encumbrances remaining at the time of sale.
☒  unincorporated area:          of     Rosamond, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
U.S. Bank National Association, as Trustee

hereby GRANT(S) to     2408 Panorama Ln LLC

the following described real property in the County of Kern, State of California:
See Legal Description Exhibit "A" Attached Hereto and Made a Part Hereof.

COMMONLY KNOWN AS: 2408 Panorama Ln., Rosamond, CA 93560
Date    March 19, 2009
        24

U.S. Bank National Association, as Trustee, by EMC
Mortgage Corporation as Attorney In Fact

EMC MORTGAGE CORPORATION
As Attorney In Fact

Teresa Nixon
Vice President

STATE OF TX                           )
                                      )S.S.
COUNTY OF Denton                      )
On March 24 2009          before me,  Barbara A Buskey
personally appeared  Teresa Nixon          who proved to me on the basis of
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true
and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)

BARBARA A. BUSKEY
Notary Public, State of Texas
My Commission Expires
February 06, 2011

EXHIBIT A  PAGE  3

3. The land referred to in this report is situated in the State of California, County of KERN
   and is described as follows:

LOT 103 OF TRACT NO. 4167, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN,
STATE OF CALIFORNIA, AS PER MAP RECORDED OCTOBER 19, 1984, IN BOOK 34, PAGE 8
THROUGH 13 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, AND
CORRECTED BY CERTIFICATE OF CORRECTION RECORDED DECEMBER 20, 1984 IN BOOK
5719, PAGE 1977 OF OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF
SAID COUNTY

"Exhibit A"

PRCA -10/31/07bk

EXHIBIT A  PAGE  4

RECORDING REQUESTED BY

PLACER TITLE COMPANY

Escrow Number: 2201-2029-B.V.
Chicago Title order #920825061-M10
AND WHEN RECORDED MAIL TO

ALBERT TALASSAZAN
C/O 2408 PANORAMA LN LLC.
1336 SANTEE STREET
LOS ANGELES, CA 90015

**James W. Fitch, Assessor – Recorder**
Kern County Official Records

SABRINA
4/09/2009
8:00 AM

Recorded at the request of
**Placer Title Company**

D O C #:  **0209050060**

Stat Types: 1 | Pages: **3**

| Fees | 15.00 |
| Taxes | 55.00 |
| Others | 0.00 |
| PAID | $70.00 |

A.P.N.:  251-301-62

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

The undersigned grantor(s) declare(s):
Documentary transfer tax is $55.00
(X)  computed on full value of property conveyed, or
(  )  computed on full value less value of liens and encumbrances remaining at time of sale.

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC4 (JPMAC 2006 WMC4)

Hereby GRANT(S) to

**2408 PANORAMA LN LLC.**

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF FOR FULL LEGAL DESCRIPTION

Dated:  April 01, 2009

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS
DIRECTED ABOVE

SAME AS ABOVE

| Name | Street Address | City & State |
| --- | --- | --- |

EXHIBIT B  PAGE  5

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST
2006-WMC4 (JPMAC 2006 WMC4)

Chase Home Finance, LLC
as Attorney-In-Fact

By: _____
AUTHORIZER SIGNER

Carol Wilkinson
Asst. Vice President

STATE OF CALIFORNIA
COUNTY OF    San Diego

On ___4-2-09___ before me, ___S V LUGO_____, Notary Public,

personally appeared _____Carol Wilkinson_____
                                    Asst. Vice President

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that
by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and
correct.

WITNESS my hand and official seal.

Signature: _____
Commission Expiration Date: _Mar 30, 2010_

S. V. LUGO
COMM. #1655529
Notary Public · California
San Diego County
My Comm. Expires Mar. 30, 2010

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS
DIRECTED ABOVE
                                    SAME AS ABOVE

_____
Name                          Street Address                    City & State

EXHIBIT "A"
LEGAL DESCRIPTION

LOT 104 OF TRACT 4167, IN THE CITY OF ROSAMOND, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP
RECORDED OCTOBER 19, 1984 IN BOOK 34, PAGES 8 THROUGH 13 OF MAPS, AND AS CORRECTED BY
CERTIFICATE OF CORRECTION RECORDED DECEMBER 20, 1984 IN BOOK 5719, PAGE 1977 OF OFFICIAL
RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

James W. Fitch, Assessor — Recorder    SOFIR
Kern County Official Records              3/31/2009
                                          9:15 AM
Recorded at the request of
Title Court Service

**RECORDING REQUESTED BY**
North American Title Company

**AND WHEN RECORDED MAIL DOCUMENT
AND TAX STATEMENT TO:**
1141 BARRINGTON AVE LLC
1336 Santee Street
Los Angeles, Ca.90015

DOC#:  0209045062    Stat Types: 1    Pages:   2

| | |
|---|---|
| Fees | 12.00 |
| Taxes | 78.10 |
| Others | 0.00 |
| PAID | $90.10 |

Space Above This Line for Recorder's Use Only

A.P.N.: 251-541-17-00-4 ~~and 251-541-17-00-4~~                 File No.: 54702-804122-08 (lm)

## GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $78.10; CITY TRANSFER TAX $0.00;
SURVEY MONUMENT FEE $

[  x  ]  computed on the consideration or full value of property conveyed, OR

[     ]  computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,

[  x  ]  unincorporated area; [ ] City of Rosamond, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **I.B. Property Holdings, LLC, a Delaware limited liability company**

hereby GRANTS to **1141 BARRINGTON AVE LLC** , a California Limited Liability Company

the following described property in the  Unincorporated of **Rosamond**, County of **Kern**, State of **California**:

LOT 410 OF TRACT 5052, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE
OF CALIFORNIA, AS PER MAP RECORDED JUNE 5, 1990 IN BOOK 37, PAGES 193 THROUGH
200, INCLUSIVE AND BOOK 38, PAGE 1 THROUGH 3, INCLUSIVE OF MAPS, IN THE OFFICE
OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND
MINERALS WITHIN OR UNDERLYING SAID LAND OR WHICH MAY BE PRODUCED AND SAVED
THEREFROM; PROVIDED, HOWEVER, GRANTORS HEREIN, THEIR SUCCESSORS AND
ASSIGNS SHALL NOT CONDUCT DRILLING OR OTHER OPERATIONS ABOVE A DEPTH OF 500
FEET BELOW THE SURFACE OF SAID LAND, NOTHING HEREIN CONTAINED SHALL BE
DEEMED TO PREVENT GRANTORS, THEIR SUCCESSORS AND ASSIGNS FROM EXTRACTING
OR CAPTURING SAID MINERALS, OIL, GAS AND HYDROCARBONS BY DRILLING ON
ADJACENT OR NEIGHBORING LANDS AT A DEPTH OF 500 FEET OR MORE BELOW THE
SURFACE OF SAID LAND, SO AS NOT TO DISTURB THE SURFACE THEREOF OR ANY
IMPROVEMENTS THEREON.

Mail Tax Statements To:  SAME AS ABOVE

EXHIBIT C  PAGE  8

Grant Deed - continued

Date:  03/23/2009

A.P.N.: 251-541-17-00-4 and 251-541-17-00-4

File No.: 54702-804122-08 (lm)

Dated:  __03/23/2009__

I.B. Property Holdings, LLC, a Delaware
limited liability company

By: .                          _____
                              Kathleen M. Sovic
                              First Vice President

STATE OF  Florida           )ss
COUNTY OF  Miami Dade

On  3/23/09 _____, before me,  Doris T. Macias _____, Notary
Public, personally appeared ____Kathleen M. Sovic____, who proved to me on the basis of satisfactory evidence to
                              First Vice President
be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on
the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is
true and correct.

WITNESS my hand and official seal.

Signature _____

                              ┌─────────────────────────────┐
                              │   DORIS T. MACIAS            │
                              │   MY COMMISSION # DD 755775  │
                              │   EXPIRES: February 10, 2012 │
                              │ Bonded Thru Notary Public Underwriters │
                              └─────────────────────────────┘

My Commission Expires: _____     *This area for official notarial seal*

Notary Name:_____     Notary Phone:_____
Notary Registration Number:_____     County of Principal Place of Business:_____

Page 2 of 2

EXHIBIT C  PAGE  9

This page is part of your document - DO NOT DISCARD

**20071881640**    Pages: 004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

08/10/07 AT 08:00AM

Fee: 27.00
Tax: NFPR
Other: 0.00
Total: NFPR

Title Company

TITLE(S) :    DEED

L E A D   S H E E T

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.        Number of AIN's Shown

THIS FORM IS NOT TO BE DUPLICATED

EXHIBIT D  PAGE  10

RECORDING REQUESTED BY:
Chicago Title Company

AND WHEN RECORDED MAIL TO:

Soho Center, LLC
c/o Tabu
1336 Santee Street
Los Angeles, CA 90015



08/10/07

20071881640

THIS SPACE FOR RECORDER'S USE ONLY

| Title Order No.: 71066023-x49 | Escrow No.: 07-51799-RZ |
|---|---|

### GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX is $ <u>NOT OF PUBLIC RECORD</u>.
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[ ] Unincorporated area   [ X ] City of Lancaster  **AND**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

> TRANSFER TAX
> NOT A PUBLIC RECORD

**Robert N. Walsh, a Single Man**

hereby GRANT(s) to:

**Soho Center, LLC, a California Limited Liability Company**

the following described real property in the  County of Los Angeles, State of California, described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF

Also Known as: 42739 4th Street E, Lancaster, CA

APN# 3126-026-021

PLEASE SEE PAGE TWO FOR GRANTOR'S SIGNATURE.

MAIL TAX STATEMENTS TO PARTY SHOWN BELOW, IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

EXHIBIT D  PAGE  11

GRANT DEED - PAGE TWO

DATE: _7-28-07_

GRANTOR'S SIGNATURE:

Robert Walsh

STATE OF CALIFORNIA          )
                             )SS
COUNTY OF _Los Angeles_      )

On _July 28 2007_ _____ Before me, _Lori Snell_ _____, A
Notary Public in and for said State, personally appeared, _Robert Walsh_ _____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s)
whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the
instrument.

**WITNESS** my hand and official seal.



LORI SNELL
COMM. #1707385
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires NOV. 23, 2010

07 1881640

EXHIBIT D  PAGE  12

# TITLE SNAPSHOT GRADE



4195 East Thousand Oaks Boulevard, Suite 107, Westlake Village, CA 91362
Toll Free: (877)365-9365 | Direct: (805)367-5628 | Fax: (855)256-8226

# D

**What does this grade mean?**
A = No title curative issues
B = Issues to pay or clear
C = Liens to clear
D = Title curative issues

REO transactions only:
E = REO curative issues
R = IRS curative issues

**Prepared On**
December 19, 2014

**Order Number**
610-1402130-60

**Loan Number**

**Property Address**
2408 Panorama Lane
Rosamond, CA 93560

## Title is Vested in

- 2408 Panorama Ln LLC

## Issues to Pay or Clear at Closing

| Issue | Description |
|---|---|
| Delinquent Real Estate Taxes | The record reflects unpaid Real Estate taxes and/or assessments that are delinquent for the current or prior tax year(s). |
| HOA Lien(s) | The record reflects one or more liens in favor of the property Homeowner's Association.    Payoff or Subordination may be necessary. |
| Taxes Due | Property taxes are currently due and payable. |

## Liens to Clear/Potential Failure of Title

| Issue | Description |
|---|---|
| Unreleased Sr. Mortgage | Unreleased senior mortgages are recorded that are not shown as released. |
| Pending Litigation | The record reflects one or more court actions affecting the property such as a quiet title action or action to foreclose.  Additional documentation may be required. |
| Corporation, LLC, Partnership | The vesting is in the name of a Corporation, LLC or Partnership.    Additional documentation may be required. |

## Questions

For questions regarding this Title Snapshot, please contact:
Mindy Beckham
(805)367-5628
TU60@title365.com

The Title Snapshot is intended for informational purposes only.  It is not intended as a guaranty, affirmation, indemnification, or certification of any fact, insurance coverage or conclusion of law to any insured or party to a transaction.  No liability for reliance thereon is inferred, implied or expressed.