1 **LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Jeffrey I. Golden, State Bar No. 133040

2 jgolden@lwgfllp.com
Reem J. Bello, State Bar No. 198840

3 rbello@lwgfllp.com
650 Town Center Drive, Suite 950

4 Costa Mesa, California 92626
Telephone:    (714) 966-1000

5 Facsimile:    (714) 966-1002

6 Counsel for Chapter 7 Trustee
Peter J. Mastan

7

8 **UNITED STATES BANKRUPTCY COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **LOS ANGELES DIVISION**

11 In re | Case No.  2:13-bk-37216-RK

12 ALBERT TALASSAZAN, | Chapter 7

13                     Debtor. | **AMENDED MOTION FOR ORDER

14 | DISALLOWING CLAIM NO. 10-1
| (ABRAHAM TALASSAZAN);

15 | MEMORANDUM OF POINTS AND
| AUTHORITIES; AND DECLARATION OF

16 | REEM J. BELLO IN SUPPORT THEREOF**

17 | **DATE:**  **October 3, 2017**
| **TIME:**   **2:30 p.m.**

18 | **CTRM:**  **1675**
|        **255 E. Temple Street**

19 |        **Los Angeles, California 90012**

20

21 **TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE:**

22       Peter J. Mastan, duly appointed, qualified and acting chapter 7 trustee (the

23 "Trustee") for the bankruptcy estate (the "Estate") of Albert Talassazan (the "Debtor"), files

24 this *Motion for Order Disallowing Claim No. 10-1 (Abraham Talassazan)* (the "Motion").  In

25 support of the Objection, the Trustee submits the following memorandum of points and

26 authorities and the declaration of Reem J. Bello (the "Bello Declaration").

27

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

## I.    **INTRODUCTION**

By this Motion, the Trustee seeks to disallow, in its entirety, Claim No. 10-1 (the "Claim") filed by Debtor's brother, Abraham Talassazan (the "Claimant"), on the grounds that although the Claim indicates it is based on money loaned to Debtor, there is no evidence of a promissory note or other documentary evidence that a loan exists between Debtor and the Claimant.  In the event the Court allows the Claim, the Trustee seeks to reduce the amount of the Claim on the grounds that the documentation included with the Claim reflects that of the $1,196,544.71 asserted to have been loaned to Debtor, only the amount of $425,000.00 is supported by documents that reference the word "loan".  Most of the documentary evidence attached to the Claim does not reference any loan and some of the documents establish that the payments were not even made to the Debtor.  Further, Debtor scheduled the amount owed to Claimant on the Petition Date as $400,000.00, which is far less than the amount asserted by Claimant.

Accordingly, the Trustee requests that the Court grant the Objection and order that the Claim be disallowed in its entirety or, alternatively, that the amount of the Claim be reduced to $400,000.

## II.    **FACTUAL BACKGROUND**

On November 12, 2013 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code.  Peter J. Mastan was appointed chapter 7 trustee.

## III.    **THE CLAIM**

A copy of the Claim is attached to this Motion and identified by the Court's docket number pursuant to Local Bankruptcy Rules 3007-1:

| Claim | Claimant | Date Filed | Amount and Classification |
|-------|----------|------------|---------------------------|
| 10-1 | Abraham Talassazan | 11-4-14 | $1,196,544.71
General unsecured |

1127087.1

OBJECTION

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-866-1000 · Fax 714-866-1002

1  **IV.    MEMORANDUM OF POINTS AND AUTHORITIES**

2      Federal Rule of Bankruptcy Procedure 3001(f) provides in relevant part that "[a]

3  proof of claim executed and filed in accordance with these rules shall constitute prima

4  facie evidence of the validity of the amount of the claim."  However, when a claim is not

5  filed in accordance with Rule 3001, it is not entitled to prima facie validity.  Fed. R. Bankr.

6  P. 3001(f); *In re Garner*, 246 B.R. 617, 620 (B.A.P. 9th Cir. 2000).  Under such

7  circumstances, once a party files an objection to the allowance of the claim, the burden is

8  on the creditor to establish its claim by providing adequate documentation thereof and

9  establishing the claim by a preponderance of the evidence.  *See In re Heath*, 331 B.R.

10  424 (B.A.P. 9th Cir. 2005); *see also Lundell v. Anchor Construction Specialists, Inc. (In re*

11  *Lundell),* 223 F.3d 1035, 1039 (9th Cir. 2000); *Bitters v. Networks Elec. Corp. (In re*

12  *Networks Elec. Corp.),* 195 B.R. 92, 96 (9th Cir. B.A.P. 1996); *In re Garvida*, 347 B.R.

13  697, 707 (9th Cir. B.A.P. 2006) ("Once the debtors, as the objecting party, produced

14  counter-evidence rebutting the claim, the burden of going forward would have shifted to

15  [claimant] in the sense that it could provide further evidence to support its claim.  The

16  ultimate burden of proof as to the claim's validity and amount in excess of the payments

17  proved by the debtors, however, always remained on [claimant].")

18      Federal Rule of Bankruptcy Procedure 3001(a) requires that "[a] proof of claim shall

19  conform substantially to the appropriate Official Form." Fed. R. Bankr. P. 3001(a). The

20  applicable Official Form is Form 10. Form 10 requires, among other information, that

21  Claimant attach:

22      redacted copies of any documents that support the claim, such as promissory

23      notes, purchase orders, invoices, itemized statements of running accounts,

24      contracts, judgments, mortgages, security agreements, or, in the case of a claim

25      based on an open-end or revolving consumer credit agreement, a statement

26      providing the information required by FRBP 3001(c)(3)(A).

27      *See* Official Form 10.

28

1   Official Form No. 10 requires that a claimant provide information as to the amount

2   of his claim, and its basis. *See Hutton v. Coffman*, 100 F.2d 640, 642 (9th Cir. 1938) ("The

3   proof of unsecured debt filed by the appellant was defective because it failed to itemize

4   the consideration for the debt upon which the claim was filed, merely reciting 'services

5   rendered'. No referee in bankruptcy would be justified in allowing such claim without

6   further particulars."); *Snakard v. Kennedy*, 164 F.2d 299, 302 (7th Cir. 1947) (claim

7   disallowed where claim merely stated debt owed but failed to provide accounting); *In re*

8   *A.H. Robbins Company, Inc.*, 862 F.2d 1092, 1095 (4th Cir. 1988), *cert. denied*, 110 S. Ct.

9   331 (1989) ("The form with which a claimant must comply in filing a 'proof of claim' is

10  defined in Bankruptcy rule 3001(a) as 'a written statement setting forth a creditor's claim.'

11  In its Official Forms, the Bankruptcy Rules amplify on this requirement.…Simple notice of

12  a claim accordingly will not satisfy this requirement").

13  A creditor's "failure to comply with Rule 3001 results in the creditor's proof of claim

14  not being prima facie evidence of the claim's validity and amount." *In re Wingerter*, 594

15  F3d 931, 941 (6th Cir. 2010) (*citing Heath v. Am. Express Travel Related Servs. Co., Inc.*

16  (*In re Heath*), 331 B.R. 424, 433 (9th Cir. BAP 2005)); *see also Campbell, et al v. Verizon*

17  *Wireless, et al* (*In re Campbell*), 336 B.R. 430, 432 (9th Cir. BAP 2005). Where a creditor

18  files a proof of claim without all of the documentation required, the "creditor cannot rest on

19  the proof of claim". *Matter of Stoecker*, 5 F3d 1022, 1028 (7th Cir. 1993). Further,

20  "creditors have an obligation to respond to formal or informal requests for information."

21  *Heath*, 331 B.R. at 436. The request for information can "come in the form of a claims

22  objection, if it is sufficiently specific about the information required." *Id.*

23  **A.    Claimant Has Failed to Meet the Requirements of Rule 3001**

24  If a claim is based on a writing, "a copy of the writing shall be filed with the proof of

25  claim." Fed. R. Bankr. P. 3001(c)(1).  If the writing is not included with the claim, not only

26  is the claim not entitled to prima facie validity pursuant to Rule 3001(f), but the claimant

27  may be precluded from presenting the omitted information, in any form, as evidence in a

28  contested matter.  Fed. R. Bankr. P. 3001(c)(2)(D)(i).  "[A] creditor must, at a minimum, file

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1    with its proof of claim form . . . a copy of the agreement authorizing the charges and fees

2    included in the claim.  In the absence of that minimum evidentiary presentation, the

3    creditor's claim should be disallowed." *In re Heath*, 331 B.R. at 434, citing *In re Henry*,

4    311 B.R. 813, 817-818 (Bankr. W.D. Wash. 2004).

5        Here, by failing to attach the document which forms the very basis for the Claim

6    based upon money loaned – the promissory note - the Claimant has failed to meet the

7    requirements of Bankruptcy Rule 3001.  The Claim also fails to attach any documents

8    indicating whether any payments were made on the asserted "loan".  Therefore, the

9    documentation provided by the Claimant is insufficient to establish (a) that a loan actually

10   existed between Debtor and the Claimant, (b) the original amount of such loan, or (c) the

11   amount of such loan as of the Petition Date.  Because Bankruptcy Rule 3001 requires

12   Claimant to have attached the promissory note, the Trustee requests that the Claim be

13   disallowed entirely.

14       In the event the Claim is allowed at all, it should be substantially reduced in

15   amount.  A review of the documentation attached to the Claim shows that much of the

16   documentation has no reference to any loan and some of the payments were not even

17   made to Debtor (e.g., the Claim attaches copies of checks issued to Behrouz Shafie, an

18   individual, and to the Law Offices of Michael L. Abrams, for legal services).  The

19   documents attached to the Claim show a total of $425,000 in payments made to Debtor

20   which reference the word "loan".  In addition, one of the documents references "Loan

21   return" which seems to suggest that the Claimant was paying Debtor back for a loan that

22   Debtor made to the Claimant.  If that is the case, then any amounts owed to Claimant

23   would have to be offset by any loans made to Claimant by Debtor.

24       Finally, in his original bankruptcy schedules, Debtor scheduled the amount of the

25   debt to Claimant as $400,000.  A copy of the relevant portion of Schedule F is attached as

26   Exhibit "A".  Debtor asserts that as of the Petition Date, Claimant was only owed $400,000

27   which is less than half of what is asserted in the Claim as outstanding.

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1    Based upon the foregoing, the Claim should be disallowed entirely based on the

2  failure to provide evidence of a promissory note establishing that a loan was made to

3  Debtor by the Claimant.  Most of the evidence of payments attached to the Claim do not

4  reference a loan and therefore should be considered gifts made by Claimant to Debtor,

5  who is his brother.  Moreover, based upon the documents attached to the Claim it appears

6  that Debtor also loaned money to the Claimant and so any amounts owed to Claimant

7  would have to be offset by any loans made to Claimant by Debtor.  Therefore, because

8  Claimant has failed to meet his burden, the Claim should be disallowed in its entirety.

9    Alternatively, if the Claim is allowed, it should be reduced to $400,000.  The

10  $400,000 amount is what the Debtor scheduled as owed as of the Petition Date.

11  Moreover, the documentary evidence attached to the Claim only shows payments to

12  Debtor in the amount of $425,000 which reference the word "loan".  It is unclear from the

13  Claim whether Debtor made any payments on any alleged loan to Claimant and whether

14  the Claim has been reduced by the amount of these payments.  Therefore, it the Court is

15  inclined to allow the Claim, the Claim should be reduced to $400,000 because Claimant's

16  records do not appear complete and fail to establish that the entire amount of the Claim

17  was loans to the Debtor.

18

19  **V.    RESERVATION OF RIGHTS**

20    The Trustee reserves the right to further object to the Claim on any other grounds

21  to the extent he determines an objection is warranted.

22

23  **VI.    CONCLUSION**

24    Based upon the foregoing, the Trustee respectfully requests an order:

25    1.    Granting the Motion;

26    2.    Disallowing the Claim entirely or, in the alternative, allowing the Claim as a

27  general unsecured claim in the reduced amount of $400,000;

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1         3.     Providing that the order is without prejudice to the Trustee's right to further

2  object to the Claim on any legal or factual basis; and

3         4.     Granting such other and further relief as this Court deems appropriate.

4

5                                Respectfully submitted,

6  Dated:  September 1, 2017         LOBEL WEILAND GOLDEN FRIEDMAN LLP

7

8                           By:   /s/ Reem J. Bello
                                REEM J. BELLO

9                                  Attorneys for Peter J. Mastan,
                                Chapter 7 Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Lobel Weiland Golden Friedman LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1127087.1                               7                       OBJECTION

## DECLARATION OF REEM J. BELLO

I, Reem J. Bello, declare as follows:

1.     I am a partner in Lobel Weiland Golden Friedman LLP (the "Firm"), counsel for Peter J. Mastan, the chapter 7 trustee of the bankruptcy estate (the "Estate") of Albert Talassazan (the "Debtor").  Except as to statements based on information and belief, I know each of the following facts to be true of my own personal knowledge and based upon information and belief, and if called as a witness, I could and would competently testify with respect thereto.  I am submitting this declaration in support of the *Motion for Order Disallowing Claim No. 10-1 (Abraham Talassazan)* (the "Motion").  All terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

2.     On November 12, 2013 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code.  Peter J. Mastan was appointed chapter 7 trustee.

4.     I have reviewed the Claim, a true and correct copy of which is attached to the Motion and identified by the Court's docket number pursuant to Local Bankruptcy Rule 3007-1.

5.     By failing to attach the document which forms the very basis for the Claim – the promissory note - the Claimant has failed to meet the requirements of Bankruptcy Rule 3001.  The Claim also fails to attach any documents indicating whether any payments were made on the alleged "loan".  Therefore, the documentation provided by the Claimant is insufficient to establish (a) that a loan actually existed between Debtor and the Claimant, (b) the original amount of such loan, or (c) the amount of such loan as of the Petition Date.  Because Bankruptcy Rule 3001 requires Claimant to have attached the promissory note, the Trustee requests that the Claim be disallowed entirely.

6.     In the event the Claim is allowed at all, it should be substantially reduced in amount.  A review of the documentation attached to the Claim shows that much of the documentation has no reference to any loan and some of the payments were not even

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

made to Debtor (e.g., the Claim attaches copies of checks issued to Behrouz Shafie, an individual, and to the Law Offices of Michael L. Abrams, for legal services).  There is a total of $425,000 in payments made to Debtor which reference the word "loan".  In addition, one of the documents references "Loan return" which seems to suggest that the Claimant was paying Debtor back for a loan that Debtor made to the Claimant.

7.      Finally, in his original bankruptcy schedules, Debtor scheduled the amount of the debt as $400,000.  A true and correct copy of the relevant portion of Schedule F is attached as Exhibit "A."

8.      The Claim should be disallowed entirely based upon the failure to provide evidence of a promissory note to establish a loan between Debtor and the Claimant. Alternatively, if the Claim is allowed, it should be reduced to the amount of $400,000 since Debtor scheduled the debt at $400,000.  Moreover, only $425,000 of the amounts asserted by Claimant have documents which reference the word "loan".

9.      The Trustee reserves the right to further object to the Claim on any other grounds to the extent he determines an objection is warranted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of September, 2017, at Costa Mesa, California.


    /s/ Reem J. Bello
                    Reem J. Bello

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | Central District of California | PROOF OF CLAIM |
|---|---|---|

| | |
|---|---|
| Name of Debtor: <br><br> Albert Talassazan | Case Number: <br><br> 13-BK-37216-RK |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Abraham Talassazan

Name and address where notices should be sent:
VIVOLI SACCUZZO, LLP
2550 Fifth Avenue, Suiet 709
San Diego, CA 92103

Telephone number:   (619) 744-9992     email:  mvivoli@vivolilaw.com

Name and address where payment should be sent (if different from above):
Abraham Talassazan
7 Sinclair Drive, Great Neck, NY 11024

Telephone number:       email:

**COURT USE ONLY**

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
   (*If known*)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $_____1,196,544.71

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** __Money Loaned_____
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**
   N / A

**3a. Debtor may have scheduled account as:**
_____
   (See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
_____
   (See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate_____% ☐ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
   $_____

Basis for perfection: _____

Amount of Secured Claim:   $_____

Amount Unsecured:   $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (04/13)                                                                                                    2

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:   Not all checks and wire transfers evidencing loans are currently able to be filed.

**8. Signature:** (See instruction #8)

Check the appropriate box.

☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, indorser, or other codebtor.
                                                                or their authorized agent.        (See Bankruptcy Rule 3005.)
                                                                (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Abraham Talasszan
Title:
Company:
Address and telephone number (if different from notice address above):          (Signature)                                     11/4/14
                                                                                                                              (Date)

Telephone number: (516) 993-9777    email: atalass@eretzgroup.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any one category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

B10 (Official Form 10) (04/13)                                                                                      3

## DEFINITIONS

### Debtor
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

### Creditor
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

### Claim
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

### Proof of Claim
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

### Secured Claim Under 11 U.S.C. § 506 (a)
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

### Unsecured Claim
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

### Claim Entitled to Priority Under 11 U.S.C. § 507 (a)
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

### Redacted
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

### Evidence of Perfection
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

### Acknowledgment of Filing of Claim
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

### Offers to Purchase a Claim
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

```
ABRAHAM TALASSAZAN                          DATE  1/13/06 PAGE   1 OF   3
485 SEVENTH AVENUE, SUITE 777               ACCOUNT NUMBER
NEW YORK, NY  10018                         ENCLOSURES                  27
```

CHECKING ACCOUNT SUMMARY ************************************************

```
PERSONAL DDA                      NUMBER OF ENCLOSURES              27
ACCOUNT NUMBER                    STATEMENT DATES 12/16/05 THRU  1/16/06
PREVIOUS BALANCE                  DAYS IN THE STATEMENT PERIOD       32
     6 DEPOSITS/CREDITS           AVERAGE LEDGER
    31 CHECKS/DEBITS              AVERAGE COLLECTED
SERVICE CHARGE
INTEREST PAID
ENDING BALANCE
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ACTIVITY IN DATE ORDER

| DATE  | DESCRIPTION           | AMOUNT     | BALANCE |
|-------|-----------------------|------------|---------|
| 12/16 |                       |            |         |
| 12/19 |                       |            |         |
| 12/19 | DDA CHECK #   1728    | 6,633.34-  |         |
| 12/20 |                       |            |         |
| 12/21 |                       |            |         |
| 12/27 |                       |            |         |
| 12/27 |                       |            |         |
| 12/28 |                       |            |         |
| 12/28 |                       |            |         |
| 12/28 |                       |            |         |
| 12/28 |                       |            |         |
| 1/03  |                       |            |         |
| 1/03  |                       |            |         |
| 1/03  |                       |            |         |
| 1/03  |                       |            |         |
| 1/03  |                       |            |         |

```
ABRAHAM TALASSAZAN                        DATE  1/13/06 PAGE   2 OF    3
485 SEVENTH AVENUE, SUITE 777             ACCOUNT NUMBER
NEW YORK, NY  10018                       ENCLOSURES                  27
```

PERSONAL DDA                    [          ]   (CONTINUED)

ACTIVITY IN DATE ORDER
DATE      DESCRIPTION                          AMOUNT          BALANCE
1/03
1/04
1/04
1/04
1/05
1/05
1/05
1/05
1/05
1/05
1/05
1/06
1/09
1/10
1/10
1/10
1/13
1/13
1/13
1/13      DDA CHECK #  1750                    3,316.67-
1/13

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

CHECKS IN CHECK NUMBER ORDER
DATE     CHECK NO.           AMOUNT    DATE    CHECK NO.            AMOUNT

```
ABRAHAM TALASSAZAN                    DATE  2/15/06 PAGE   2 OF   3
485 SEVENTH AVENUE, SUITE 777        ACCOUNT NUMBER
NEW YORK, NY  10018                  ENCLOSURES                  31
```

PERSONAL DDA                              (CONTINUED)

```
ACTIVITY IN DATE ORDER
DATE      DESCRIPTION                       AMOUNT      BALANCE
          CHECK# 1776
1/27

1/27
1/27
1/30

1/30
1/31
1/31
2/02
2/06
2/06

2/06
2/06
2/07
2/09
2/09
2/09
2/09
2/09      DDA CHECK #  1777               3,316.67-
2/09
2/09
2/10
2/13
```

```
ABRAHAM TALASSAZAN                        DATE   4/14/06 PAGE   1 OF   3
485 SEVENTH AVENUE, SUITE 777             ACCOUNT NUMBER
NEW YORK, NY  10018                       ENCLOSURES                  29
```

WE ARE IN THE PROCESS OF UPGRADING OUR SYSTEM AND ON MARCH 15TH ALL PAID CHECKS
WERE LISTED ON YOUR STATEMENT AS CERTIFIED/CASHIER'S/CHECK FEES.PLEASE IGNORE
THIS NOTATION.ALL PAID CHECKS ON THAT DAY ARE REFLECTED WITH YOUR CHECK IMAGES.

CHECKING ACCOUNT SUMMARY *******************************************************

```
PERSONAL DDA                          NUMBER OF ENCLOSURES              29
ACCOUNT NUMBER                        STATEMENT DATES  3/16/06 THRU  4/16/06
PREVIOUS BALANCE                      DAYS IN THE STATEMENT PERIOD      32
    8 DEPOSITS/CREDITS                AVERAGE LEDGER
   33 CHECKS/DEBITS                   AVERAGE COLLECTED
SERVICE CHARGE
INTEREST PAID
ENDING BALANCE
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

```
ACTIVITY IN DATE ORDER
DATE      DESCRIPTION                          AMOUNT          BALANCE
3/16
3/16
3/16
3/17
3/20
3/20      DDA CHECK #                          3,316.67-
3/21
3/22
3/22
3/22
3/22
3/24
3/24
3/24
3/27
```

```
ABRAHAM TALASSAZAN                          DATE  4/14/06 PAGE   3 OF   3
485 SEVENTH AVENUE, SUITE 777               ACCOUNT NUMBER
NEW YORK, NY  10018                         ENCLOSURES                    29
```

```
PERSONAL DDA                        [        ]    (CONTINUED)

ACTIVITY IN DATE ORDER
DATE     DESCRIPTION                          AMOUNT           BALANCE

 4/14      DDA CHECK #                        3,316.67-

  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

CHECKS IN CHECK NUMBER ORDER
DATE     CHECK NO.          AMOUNT   DATE   CHECK NO.              AMOUNT
```

```
ABRAHAM TALASSAZAN                      DATE  6/15/06 PAGE   1 OF   4
485 SEVENTH AVENUE, SUITE 777           ACCOUNT NUMBER      1
NEW YORK, NY  10018                     ENCLOSURES                  28
```

CHECKING ACCOUNT SUMMARY ************************************************

```
PERSONAL DDA                            NUMBER OF ENCLOSURES         28
ACCOUNT NUMBER                          STATEMENT DATES   5/16/06 THRU  6/15/06
PREVIOUS BALANCE                        DAYS IN THE STATEMENT PERIOD  31
     8 DEPOSITS/CREDITS                 AVERAGE LEDGER
    43 CHECKS/DEBITS                    AVERAGE COLLECTED
SERVICE CHARGE
INTEREST PAID
ENDING BALANCE
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

```
ACTIVITY IN DATE ORDER
DATE     DESCRIPTION                              AMOUNT          BALANCE
5/17

5/17
5/17
5/19
5/22


5/22


5/22
5/22
5/22     DDA CHECK #  1853                       3,316.67-
5/23
5/23     WIRE TRANSFER TO                       200,000.00-
         ALBERT TALASSAZAN
5/23
5/23
```

```
ABRAHAM TALASSAZAN                          DATE  7/14/06 PAGE   1 OF    4
485 SEVENTH AVENUE, SUITE 777               ACCOUNT NUMBER
NEW YORK, NY  10018                         ENCLOSURES                   40
```

CHECKING ACCOUNT SUMMARY ************************************************

```
PERSONAL DDA                                NUMBER OF ENCLOSURES             40
ACCOUNT NUMBER                              STATEMENT DATES   6/16/06 THRU  7/16/06
PREVIOUS BALANCE                            DAYS IN THE STATEMENT PERIOD     31
     14 DEPOSITS/CREDITS                    AVERAGE LEDGER
     49 CHECKS/DEBITS                       AVERAGE COLLECTED
SERVICE CHARGE
INTEREST PAID
ENDING BALANCE
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

```
ACTIVITY IN DATE ORDER
DATE      DESCRIPTION                          AMOUNT           BALANCE
6/16
6/19
6/19



6/19
6/19
6/19      DDA CHECK #  1886                   1,658.33-
6/19
6/19
6/19
6/20
6/20
6/20
6/22
6/22
6/23
6/23
6/23
6/26
6/26
```

```
ABRAHAM TALASSAZAN                      DATE  7/14/06 PAGE   2 OF    4
485 SEVENTH AVENUE, SUITE 777           ACCOUNT NUMBER   [        ]
NEW YORK, NY  10018                     ENCLOSURES                 40
```

```
PERSONAL DDA                    [        ]    (CONTINUED)

ACTIVITY IN DATE ORDER
DATE     DESCRIPTION                           AMOUNT        BALANCE
6/26


6/26


6/26
6/26
6/26
6/27
6/27
6/27
6/28
6/29
6/30
6/30

6/30

7/03


7/03


7/03
7/05     DDA CHECK #  1916                   1,658.33-
7/05
7/07
```

```
ABRAHAM TALASSAZAN                         DATE 10/13/06 PAGE   1 OF   3
485 SEVENTH AVENUE, SUITE 777              ACCOUNT NUMBER
NEW YORK, NY  10018                        ENCLOSURES                 25
```

CHECKING ACCOUNT SUMMARY ***************************************************

```
PERSONAL DDA                    NUMBER OF ENCLOSURES               25
ACCOUNT NUMBER                  STATEMENT DATES  9/18/06 THRU 10/15/06
PREVIOUS BALANCE                DAYS IN THE STATEMENT PERIOD       28
    7 DEPOSITS/CREDITS          AVERAGE LEDGER
   34 CHECKS/DEBITS             AVERAGE COLLECTED
SERVICE CHARGE
INTEREST PAID
ENDING BALANCE
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

```
ACTIVITY IN DATE ORDER
DATE      DESCRIPTION                       AMOUNT          BALANCE
 9/18
 9/18
 9/18     DDA CHECK  #   2046                  1,658.33-
 9/18     DDA CHECK  #   2047                  5,000.00-
 9/18
 9/19
 9/19
 9/19
 9/19
 9/20
 9/20
 9/21
 9/21
 9/21
 9/22
 9/22
 9/25
 9/25
```

```
ABRAHAM TALASSAZAN                          DATE 11/15/06 PAGE    1 OF    4
485 SEVENTH AVENUE, SUITE 777               ACCOUNT NUMBER
NEW YORK, NY  10018                         ENCLOSURES                    30
```

CHECKING ACCOUNT SUMMARY *****************************************************

```
PERSONAL DDA                            NUMBER OF ENCLOSURES              30
ACCOUNT NUMBER                          STATEMENT DATES 10/16/06 THRU 11/15/06
PREVIOUS BALANCE                        DAYS IN THE STATEMENT PERIOD      31
   11 DEPOSITS/CREDITS                  AVERAGE LEDGER
   41 CHECKS/DEBITS                     AVERAGE COLLECTED
SERVICE CHARGE
INTEREST PAID
ENDING BALANCE
```

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

```
ACTIVITY IN DATE ORDER
DATE      DESCRIPTION                              AMOUNT          BALANCE
10/16
10/16
10/16
10/19
10/19
10/24

10/24
10/24
10/24
10/25

10/25
10/25
10/27     DDA CHECK #  2078                     1,658.33-
10/27     DDA CHECK #  2077                     5,000.00-
10/30
10/30
```

```
ABRAHAM TALASSAZAN                        DATE 11/15/06 PAGE   3 OF   4
485 SEVENTH AVENUE, SUITE 777             ACCOUNT NUMBER
NEW YORK, NY  10018                       ENCLOSURES                    30
```

PERSONAL DDA                    _____    (CONTINUED)

ACTIVITY IN DATE ORDER
DATE       DESCRIPTION                              AMOUNT          BALANCE
11/10
11/10

11/10
11/14

11/14

11/14
11/14
11/14
11/14
11/15
11/15
11/15      DDA CHECK #   2141                    1,658.33-
11/15      DDA CHECK #   2110                    5,000.00-

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CHECKS IN CHECK NUMBER ORDER
DATE     CHECK NO.              AMOUNT    DATE    CHECK NO.          AMOUNT

```
        ABRAHAM TALASSAZAN                    DATE 12/15/06 PAGE   4 OF   4
        485 SEVENTH AVENUE, SUITE 777         ACCOUNT NUMBER       1025457
        NEW YORK, NY  10018                   ENCLOSURES                44


PERSONAL DDA                       1025457   (CONTINUED)

  * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CHECKS IN CHECK NUMBER ORDER
DATE   CHECK NO.              AMOUNT   DATE   CHECK NO.           AMOUNT
12/13
11/24
11/16
11/17
11/21
12/08
12/13
11/16
11/27
11/20
11/24
11/21
11/30
11/22
12/14    2169              5,000.00   12/15    2202*
12/14    2205*            2,058.48    12/08    2207*
```

ABRAHAM TALASSAZAN                      Date  2/15/07 Page   3 of   5
485 SEVENTH AVENUE, SUITE 777          Account Number
NEW YORK, NY  10018                    Enclosures                    40

PERSONAL DDA                    [        ]  (Continued)

Activity in Date Order
Date        Description                        Amount        Balance
            ID #-10000326713
            TRACE #-021000027080847
1/26
1/29
1/30
1/30
1/30
1/30
1/30
1/31

1/31

1/31

            TRACE # 043301001044943
1/31    DDA CHECK #   2233              . 1,681.75-
1/31    DDA CHECK #   2208                3,945.60-
1/31    DDA CHECK #   2235                5,000.00-
1/31
2/01
2/02
2/05

2/06
2/07
2/09
2/12
2/12
2/13

```
ABRAHAM TALASSAZAN                          Date  3/15/07 Page  3 of  4
485 SEVENTH AVENUE, SUITE 777               Account Number
NEW YORK, NY  10018                         Enclosures              36
```

PERSONAL DDA                    [        ]  (Continued)

Activity in Date Order

| Date | Description | Amount | Balance |
|---|---|---|---|
| 3/05 | | | |
| 3/05 | | | |
| 3/05 | | | |
| 3/06 | | | |
| 3/06 | | | |
| 3/06 | | | |
| 3/07 | | | |
| 3/07 | | | |
| 3/07 | | | |
| 3/08 | | | |
| 3/08 | | | |
| 3/08 | | | |
| 3/08 | | | |
| 3/08 | | | |
| 3/08 | | | |
| 3/12 | | | |
| 3/14 | | | |
| 3/14 | | | |
| 3/14 | DDA CHECK #   2301 | 8,400.00- | |
| 3/14 | DDA CHECK #   2299 | 10,000.00- | |

```
ABRAHAM TALASSAZAN                      Date  4/13/07 Page  1 of  3
AND/OR MEITAL TALASSAZAN                Account Number
485 SEVENTH AVENUE, SUITE 777           Enclosures                24
NEW YORK, NY  10018
```

CHECKING ACCOUNT SUMMARY ***************************************************

```
PERSONAL DDA                            Number of Enclosures            24
Account Number                          Statement Dates  3/16/07 thru  4/15/07
Previous Balance                        Days in the statement period    31
     9 Deposits/Credits                 Average Ledger
    37 Checks/Debits                     Average Collected
Service Charge
Interest Paid
Ending Balance
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Activity in Date Order

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 3/16 | | | |
| 3/16 | WIRE TRANSFER TO | 420,000.00- | |
| | ALBERT TALASSAZAN | | |
| 3/16 | | | |
| 3/16 | | | |
| 3/16 | | | |
| 3/16 | | | |
| 3/19 | | | |
| 3/20 | | | |
| 3/20 | | | |
| 3/20 | | | |
| 3/21 | | | |
| 3/21 | | | |
| 3/21 | | | |
| 3/21 | | | |
| 3/22 | | | |
| 3/23 | | | |

```
ABRAHAM TALASSAZAN                    Date  5/15/07 Page   2 of   4
AND/OR MEITAL TALASSAZAN              Account Number     [        ]
485 SEVENTH AVENUE, SUITE 777         Enclosures                35
NEW YORK, NY  10018
```

PERSONAL DDA                    [        ]    (Continued)

Activity in Date Order
```
Date        Description                          Amount          Balance
 4/24

 4/24
 4/24
 4/24
 4/24
 4/24
 4/25
 4/25


 4/25
 4/25
 4/26
 4/27
 4/27      DDA CHECK #   2246                   5,115.07~
 4/30
 4/30

 4/30

 4/30

 4/30
 4/30
 4/30
 5/01
 5/01
 5/01
 5/02
 5/02
 5/04
```

```
ABRAHAM TALASSAZAN                    Date  6/15/07 Page  3 of   4
AND/OR MEITAL TALASSAZAN              Account Number   [        ]
485 SEVENTH AVENUE, SUITE 777         Enclosures              37
NEW YORK, NY  10018
```

PERSONAL DDA                  [        ]   (Continued)

Activity in Date Order
```
Date      Description                        Amount        Balance
6/04


6/04
6/04
6/05
6/06
6/06
6/07
6/07
6/07   DDA CHECK #  2261                     5,000.00-
6/08
6/08
6/11


6/11
6/11
6/11
6/12
6/12
6/12


6/12
6/12
6/12
6/13
6/13
6/13
6/15
```

ITEM #    _____          LINE #    _____

REFERENCE NUMBER    _____    DATE: August 6, 2010

### Gotham Bank of New York
### WIRE TRANSFER INSTRUCTION SHEET

WIRE TRANSFER AMOUNT    $  25,000.00

WRITTEN AMOUNT    **************Twenty-five thousand dollars & 00/100 only******************

ABA NUMBER    122041235

RECEIVING BANK NAME    Center Bank

ADDRESS    1205 S Broadway

Los Angeles, CA 90015

FOR ACCOUNT OF:    Albert Talassazan

ACCOUNT NUMBER:    ██████████

ULTIMATE BENEFICIARY:    N/A

ACCOUNT NUMBER:    N/A

DETAILS OF PAYMENT:

BY ORDER (CUSTOMER'S NAME)    ABRAHAM TALASSAZAN

ACCOUNT NUMBER    ████████

CUSTOMER AUTHORIZED SIGNATURE(S)    _____

| (FOR BANK USE ONLY) |
| --- |
| ACCOUNT BALANCE: _____ |
| COLLECTED: _____ |
| ACCOUNT OFFICER APPROVAL    _____ |
| SENT BY: _____ |
| VERIFIED BY: _____ |
| CHARGE    $ _____ |

FedLine for the Web:FedWire Funds:Standars Transfer                                    Page 1 of 1

## Outgoing Messages

A Message List   ◄ Previous   Next ▶

| | | | |
|---|---|---|---|
| Status: | Completed | Message Type: | Standard |
| Create Time: | 06/25/2010 15:44:00 | Test/Prod: | Prod |
| IMAD: | 20100625 QMGFT009 003014 06251546 | | |
| OMAD: | 20100625 QMGFNP31 049828 06251546 | | |

See Audit Log for this Message

[ Create new message from this... ]   [ Export ]

**Basic Information**

Sender ABA {3100}:        026010605
Receiver ABA {3400}:      122041235  CENTER BANK
Amount {2000}:            50,000.00
Type Code {1510}:         1000 – Transfer of Funds
Business Function {3600}: CTR – Customer Transfer
Reference Number {3320}:  2010176152000001

**Institution Information**
Originator {5000}

| | | |
|---|---|---|
| | ID Code: | D – DDA Account Number |
| | Identifier: | ██████████ |
| | Name: | ABRAHAM TALASSAZAN |
| | Address: | 485 SEVENTH AVENUE, SUITE 777 NEW YORK, NY 10018 |

Beneficiary {4200}

| | | |
|---|---|---|
| | ID Code: | D – DDA Account Number |
| | Identifier: | 004174526 |
| | Name: | ALBERT TALASSAZAN |

[ Create new message from this... ]   [ Export ]

https://170.200.0.2/fundedi/do/GetNextOrPreviousOutgoingTransfer...

FedLine for the Web:FedWire Funds:Standars Transfer                    Page 1 of 1

## Outgoing Messages

⤓ Message List    ◁ Previous    Next ▷

| | |
|---|---|
| Status: | Completed |
| Create Time: | 05/17/2010 10:57:36 |
| IMAD: | 20100517 QMGFT004 000473 05171058 |
| OMAD: | 20100517 QMGFNP31 016853 05171058 |

Message Type:    Standard
Test/Prod:    Prod

See Audit Log for this Message

[ Create new message from this... ]  [ Export ]

### Basic Information

| | |
|---|---|
| Sender ABA (3100): | 026010605 |
| Receiver ABA (3400): | 122041235  CENTER BANK |
| Amount (2000): | 25,000.00 |
| Type Code (1510): | 1000 - Transfer of Funds |
| Business Function (3600): | CTR - Customer Transfer |
| Reference Number (3320): | 2010137100600001 |

### Institution Information

Originator (5000)

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | ███████████ |
| Name: | ABRAHAM TALASSAZAN |
| Address: | 485 SEVENTH AVENUE, SUITE 777 NEW YORK, NY 10018 |

Beneficiary (4200)

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | 004174526 |
| Name: | ALBERT TALASSAZAN |

[ Create new message from this... ]  [ Export ]

FedLine for the Web:FedWire Funds:Standars Transfer                                    Page 1 of 1

## Outgoing Messages

▲ Message List    ◄ Previous    Next ►

| | |
|---|---|
| Status: | Completed |
| Create Time: | 04/22/2010 11:53:01 |
| IMAD: | 20100422 QMGFT014 000794 04221156 |
| OMAD: | 20100422 QMGFNP31 020354 04221156 |

Message Type:    Standard
Test/Prod:       Prod

See Audit Log for this Message

[ Create new message from this... ]    [ Export ]

**Basic Information**

| | |
|---|---|
| Sender ABA {3100}: | 026010605 |
| Receiver ABA {3400}: | 122041235  CENTER BANK |
| Amount {2000}: | 25,000.00 |
| Type Code {1510}: | 1000 - Transfer of Funds |
| Business Function {3600}: | CTR - Customer Transfer |
| Reference Number {3320}: | 2010112105200002 |

**Institution Information**

Originator {5000}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | ████████ |
| Name: | ABRAHAM TALASSAZAN |
| Address: | 485 SEVENTH AVENUE, SUITE 777 NEW YORK, NY 10018 |

Beneficiary {4200}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | 004174526 |
| Name: | ALBERT TALASSAZAN |

[ Create new message from this... ]    [ Export ]

https://170.209.0.2/fundsedi/do/GetNextOrPreviousOutgoingTransfer                    4/22/2010

ViewSingleItem                                                                    Page 1 of 1

## View A Single Item Image

When finished viewing you may return to the previous page or perform another search.

View: Actual size        Quality:  Optimize speed and quality 50/50.        Front ⦿ Front & Back    Invert    Flip    A



Account:▉▉▉▉  Item:500030021, Amount:$25,000.00, Date:03/17/2010 Run: 5, Batch: 3, Seq: 21, Ins: 0



Account:▉▉▉▉  Item:500030021, Amount:$25,000.00, Date:03/17/2010 Run: 5, Batch: 3, Seq: 21, Ins: 0

ViewSingleItem

# View A Single Item Image

When finished viewing you may return to the previous page or perform another search.

View:  Actual size          Quality:    Optimize speed and quality 50/50.      Front  Front & Back    Invert    Flip    A



Account: [redacted]    Item:500080049, Amount:$20,000.00, Date:01/26/2010 Run: 5, Batch: 8, Seq: 49, Ins: 0



Account: [redacted]    Item:500080049, Amount:$20,000.00, Date:01/26/2010 Run: 5, Batch: 8, Seq: 49, Ins: 0

ViewSingleItem

## View A Single Item Image

When finished viewing you may return to the previous page or perform another search.

View: Actual size      Quality:   Optimize speed and quality 50/50.      ○ Front ● Front & Back   Invert   Flip   A



Account: ▓▓▓▓ Item:500050066, Amount:$360,000.00, Date:08/21/2009 Run: 5, Batch: 5, Seq: 66, Ins: 0



Account: ▓▓▓▓▓▓ Item:500050066, Amount:$360,000.00, Date:08/21/2009 Run: 5, Batch: 5, Seq: 66, Ins: 0

ViewSingleItem                                                                    Page 1 of 1

## View A Single Item Image

When finished viewing you may return to the previous page or perform another search.

View:  Actual size          Quality:   Optimize speed and quality 50/50.      ○ Front  ◉ Front & Back   Invert   Flip   ∧



Account: ██████, Item:500050017, Amount:$6,000.00, Date:04/26/2010 Run: 5, Batch: 5, Seq: 17, Ins: 0

Account: ██████, Item:500050017, Amount:$6,000.00, Date:04/26/2010 Run: 5, Batch: 5, Seq: 17, Ins: 0

ViewSingleItem                                                                    Page 1 of 1

## View A Single Item Image

When finished viewing you may return to the previous page or perform another search.

View:  Actual size        Quality:    Optimize speed and quality 50/50.    Front    Front & Back    Invert    Flip    A



Account: ████    Item:500080009, Amount:$20,000.00, Date:03/09/2010 Run: 5, Batch: 8, Seq: 9, Ins: 0



Account: ████    Item:500080009, Amount:$20,000.00, Date:03/09/2010 Run: 5, Batch: 8, Seq: 9, Ins: 0

ViewSingleItem                                                          Page 1 of 1

## View A Single Item Image

When finished viewing you may return to the previous page or perform another search.

View: Actual size          Quality:   Optimize speed and quality 50/50.     ○ Front ◉ Front & Back   Invert   Flip   A



Account:████████ Item:500070012, Amount:$5,000.00, Date:03/04/2010 Run: 5, Batch: 7, Seq: 12, Ins: 0



Account:████████ Item:500070012, Amount:$5,000.00, Date:03/04/2010 Run: 5, Batch: 7, Seq: 12, Ins: 0

ViewSingleItem                                                                 Page 1 of 1

## View A Single Item Image

When finished viewing you may return to the previous page or perform another search.

View: Actual size        ▾   Quality:   Optimize speed and quality 50/50.      ○ Front ◉ Front & Back   Invert   Flip   A



Account: ████████   Item:500010070, Amount:$15,525.54, Date:01/08/2010 Run: 5, Batch: 1, Seq: 70, Ins: 0



Account: ████████   Item:500010070, Amount:$15,525.54, Date:01/08/2010 Run: 5, Batch: 1, Seq: 70, Ins: 0

ViewSingleItem

Page 1 of 1

## View A Single Item Image

When finished viewing you may return to the previous page or perform another search.

View: Actual size          Quality:    Optimize speed and quality 50/50.        ○ Front ◉ Front & Back    Invert    Flip    A



Account: ████████ Item:500070029, Amount:$5,000.00, Date:12/14/2009 Run: 5, Batch: 7, Seq: 29, Ins: 0

Account: ████████ Item:500070029, Amount:$5,000.00, Date:12/14/2009 Run: 5, Batch: 7, Seq: 29, Ins: 0

3191

TALASS & CO., INC.
405 - 7TH AVENUE, SUITE 777
NEW YORK, NY  10018

DATE 6/29/06    1-1030/260

PAY
TO THE
ORDER OF_ Albert Talassazon_____  $ 5,000.00

Five Thousand_____ 00/100  DOLLARS

Gotham Bank of New York
1112 BROADWAY, NEW YORK, N.Y. 10018

FOR_ Loan_____    AP

⑈003191⑈          004⑈055 497⑈

FedLine for the Web:FedWire Funds:Standars Transfer                          Page 1 of 1

## Outgoing Messages

↓ Message List   ◀ Previous   Next ▶

| | | | |
|---|---|---|---|
| Status: | Completed | Message Type: | Standard |
| Create Time: | 12/10/2008 15:28:24 | Test/Prod: | Prod |
| IMAO: | 20081210 QMGFT005 002321 12101529 | | |
| OMAD: | 20081210 QMGFNP31 040565 12101529 | | |

See Audit Log for this Message

[ Create new message from this... ]  [ Export ]

Basic Information

Sender ABA {3100}:         026010605
Receiver ABA {3400}:       122041235  CENTER BANK
Amount {2000}:             30,000.00
Type Code {1510}:          1000 - Transfer of Funds
Business Function {3600}:  CTR - Customer Transfer
Reference Number {3320}:   2008345152100001

Institution Information
Originator {5000}
         ID Code:          D - DDA Account Number
         Identifier:       ███████████
         Name:             ABRAHAM TALASSAZAN
         Address:          405 SEVENTH AVENUE, SUITE 777
                           NEW YORK, NY 10018

Beneficiary {4200}
         ID Code:          D - DDA Account Number
         Identifier:       004174526
         Name:             ALBERT TALASSAZAN

[ Create new message from this... ]  [ Export ]

https://170.209.0.2/fundsdi/do/GetNextOrPreviousOutgoingTransfer          12/10/2008

FedLine for the Web:FedWire Funds:Standars Transfer                          Page 1 of 1

## Outgoing Messages

↑ Message List    ◄ Previous    Next ►

| | |
|---|---|
| Status: | Completed |
| Create Time: | 09/26/2008 15:59:37 |
| IMAD: | 20080926 QMGFT009 003282 09261600 |
| OMAD: | 20080926 QMGFNP31 056G50 09261600 |

| | |
|---|---|
| Message Type: | Standard |
| Test/Prod: | Prod |

See Audit Log for this Message

[ Create new message from this... ]  [ Export ]

**Basic Information**

| | |
|---|---|
| Sender ABA (3100): | 026010605 |
| Receiver ABA (3400): | 122041235  CENTER BANK |
| Amount (2000): | 150,000.00 |
| Type Code (1510): | 1000 - Transfer of Funds |
| Business Function (3600): | CTR - Customer Transfer |
| Reference Number (3320): | 2008270153800001 |

**Institution Information**

Originator (5000)

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | ████████████ |
| Name: | ABRAHAM TALASSAZAN |
| Address: | 485 SEVENTH AVENUE, SUITE 777 |
| | NEW YORK, NY 10018 |

Beneficiary (4200)

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | 004174526 |
| Name: | ALBERT TALASSAZAN |

[ Create new message from this... ]  [ Export ]

https://170.209.0.2/fundsdi/do/GetNextOrPreviousOutgoingTransfer                    9/26/2008

FedLine for the Web:FedWire Funds:Standars Transfer                    Page 1 of 1

## Outgoing Messages

↟ Message List   ◀ Previous   Next ▶

| | | |
|---|---|---|
| Status: | Completed | Message Type:  Standard |
| Create Time: | 09/10/2008 16:09:26 | Test/Prod:  Prod |
| IMAD: | 20080910 QMGFT012 002914 09101611 | |
| OMAD: | 20080910 QMGFNP31 047747 09101611 | |

See Audit Log for this Message

[ Create new message from this... ]   [ Export ]

### Basic Information

| | |
|---|---|
| Sender ABA {3100}: | 026010605 |
| Receiver ABA {3400}: | 122041235  CENTER BANK |
| Amount {2000}: | 50,000.00 |
| Type Code {1510}: | 1000 - Transfer of Funds |
| Business Function {3600}: | CTR - Customer Transfer |
| Reference Number {3320}: | 2008254151800001 |

### Institution Information

Originator {5000}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | ███████ |
| Name: | ABRAHAM TALASSAZAN |
| Address: | 485 SEVENTH AVENUE, SUITE 777 NEW YORK, NY 10018 |

Beneficiary {4200}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | 004174526 |
| Name: | ALBERT TALASSAZAN |

[ Create new message from this... ]   [ Export ]

https://170.209.0.2/fundsdi/do/GetNextOrPreviousOutgoingTransfer                    9/10/2008

FedLine for the Web:FedWire Funds:Standars Transfer                                    Page 1 of 1

## Outgoing Messages

⊼ Message List    ◄ Previous    Next ▶

| | | | |
|---|---|---|---|
| Status: | Completed | Message Type: | Standard |
| Create Time: | 08/06/2008 15:52:28 | Test/Prod: | Prod |
| IMAD: | 20080806 QMGFT010 002722 08061555 | | |
| OMAD: | 20080806 QMGFNP31 045282 08061555 | | |

See Audit Log for this Message

[ Create new message from this... ]   [ Export ]

**Basic Information**

| | |
|---|---|
| Sender ABA (3100): | 026010605 |
| Receiver ABA (3400): | 122041235  CENTER BANK |
| Amount (2000): | 25,000.00 |
| Type Code (1510): | 1000 - Transfer of Funds |
| Business Function (3600): | CTR - Customer Transfer |
| Reference Number (3320): | 2008219150800002 |

**Institution Information**

Originator (5000)

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | ███████████ |
| Name: | ABRAHAM TALASSAZAN |
| Address: | 485 SEVENTH AVENUE, SUITE 777 NEW YORK, NY 10018 |

Beneficiary (4200)

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | 004174526 |
| Name: | ALBERT TALASSAZAN |

[ Create new message from this... ]   [ Export ]

https://170.209.0.2/fundsdi/do/GetNextOrPreviousOutgoingTransfer                    8/6/2008

FedLine for the Web:FedWire Funds:Standars Transfer                                    Page 1 of 1

## Outgoing Messages

                                                        ▲ Message List    ◄ Previous    Next ►

| | | | |
|---|---|---|---|
| Status: | Completed | Message Type: | Standard |
| Create Time: | 05/15/2008 14:31:51 | Test/Prod: | Prod |
| IMAD: | 20080515 QMGFT006 002335 05151432 | | |
| OMAD: | 20080515 QMGFNP31 044105 05151432 | | |

See Audit Log for this Message

[ Create new message from this... ]  [ Export ]

**Basic Information**

| | |
|---|---|
| Sender ABA (3100): | 026010605 |
| Receiver ABA (3400): | 122041235  CENTER BANK |
| Amount (2000): | 50,000.00 |
| Type Code (1510): | 1000 - Transfer of Funds |
| Business Function (3600): | CTR - Customer Transfer |
| Reference Number (3320): | 2008136142100002 |

**Institution Information**

Originator (5000)

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | ▮▮▮▮▮▮ |
| Name: | ABRAHAM TALASSAZAN |
| Address: | 485 SEVENTH AVENUE, SUITE 777 NEW YORK, NY 10018 |

Beneficiary (4200)

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | 004148835 |
| Name: | ALBERT TALASSAZAN |

[ Create new message from this... ]  [ Export ]

## View A Single Item Image

When finished viewing you may return to the previous page or perform another search.

View: Actual size    Quality: Optimize speed and quality 50/50.    ○ Front ● Front & Back    Invert   Flip   A



Account: ███████  Item:500020015, Amount:$50,000.00, Date:03/20/2008 Run: 5, Batch: 2, Seq: 15, Xns: 0

Account: ███████  Item:500020015, Amount:$50,000.00, Date:03/20/2008 Run: 5, Batch: 2, Seq: 15, Ins: 0



http://4sight.gothambankny.com/4sightweb/ViewSingleItem.aspx?_InstitutionNumber=13...   6/16/2011

FedLine for the Web:FedWire Funds:Standars Transfer                    Page 1 of 1

[Outgoing Messages

                                                        ⋏ Message List    ◄ Previous    Next ►

| | | | |
|---|---|---|---|
| Status: | Completed | Message Type: | Standard |
| Create Time: | 08/01/2007 14:58:19 | Test/Prod: | Prod |
| IMAD: | 20070801 QMGFT009 003262 08011459 | | |
| OMAD: | 20070801 QMGFNP31 056922 08011459 | | |

See Audit Log for this Message

[ Create new message from this... ]  [ Export ]

**Basic Information**

| | |
|---|---|
| Sender ABA {3100}: | 026010605 |
| Receiver ABA {3400}: | 122041235  CENTER BANK |
| Amount {2000}: | 200,000.00 |
| Type Code {1510}: | 1000 - Transfer of Funds |
| Business Function {3600}: | CTR - Customer Transfer |
| Reference Number {3320}: | 2007213144100001 |

**Institution Information**

Originator {5000}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | ███████████ |
| Name: | ABRAHAM TALASSAZAN |
| Address: | 485 SEVENTH AVENUE, SUITE 777 NEW YORK, NY 10018 |

Beneficiary {4200}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | 004398629 |
| Name: | SOHO CENTER |

[ Create new message from this... ]  [ Export ]

https://170.209.0.2/fundsdi/do/GetNextOrPreviousOutgoingTransfer                    8/1/2007

FedLine for the Web:FedWire Funds:Standars Transfer                    Page 1 of 1

⌈**Outgoing Messages**                                                ▲ Message List

| | | | |
|---|---|---|---|
| Status: | Completed | Message Type: | Standard |
| Create Time: | 03/16/2007 15:23:05 | Test/Prod: | Prod |
| IMAD: | 20070316 QMGFT014 003160 03161524 | | |
| OMAD: | 20070316 QMGFNP31 054897 03161524 | | |

See Audit Log for this Message

[ Create new message from this... ]  [ Export ]

**Basic Information**

| | |
|---|---|
| Sender ABA {3100}: | 026010605 |
| Receiver ABA {3400}: | 122041235  CENTER BANK |
| Amount {2000}: | 420,000.00 |
| Type Code {1510}: | 1000 - Transfer of Funds |
| Business Function {3600}: | CTR - Customer Transfer |
| Reference Number {3320}: | 2007075144000002 |

**Institution Information**

Originator {5000}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | ▇▇▇▇▇▇▇ |
| Name: | ABRAHAM TALASSAZAN |
| Address: | 485 SEVENTH AVENUE, SUITE 777 NEW YORK, NY 10018 |

Beneficiary {4200}

| | |
|---|---|
| ID Code: | D - DDA Account Number |
| Identifier: | 004 1488 35 |
| Name: | ALBERT TALASSAZAN |

Originator to Beneficiary {6000}

| | |
|---|---|
| Text: | RE: LOAN RETURN |

[ Create new message from this... ]  [ Export ]

3/16/2007

ViewSingleItem                                                                    Page 1 of 1

## View A Single Item Image

When finished viewing you may return to the previous page or perform another search.

View: Actual size          Quality:    Optimize speed and quality 50/50.      ◯ Front ◉ Front & Back   Invert   Flip  ☐ A



Account: ▮▮▮▮▮, Item:8100020439, Amount:$5,000.00, Date:12/14/2006 Run: 81, Batch: 2, Seq: 439, Ins: 0



Account: ▮▮▮▮▮, Item:8100020439, Amount:$5,000.00, Date:12/14/2006 Run: 81, Batch: 2, Seq: 439, Ins: 0

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Funds Transfer
P.O. Box 31339
Tampa, FL 33631-3339

Date 06/05/17
Our Ref. (FRN) NO. 0493303137FF
Please mention our Reference No. (FRN) in any correspondence.
Originator's Date 06/05/17
Related Ref. No. O/B GOTHAM BK NY

ORIGINAL
ADVICE OF CREDIT
WE CREDIT YOUR ACCOUNT NO ████    SAME DAY FUNDS
FOR PAYMENT INDICATED

$120,000.00**

RECEIVED FROM
████
ABRAHAM TALASSAZAN

NEW YORK, NY 10018

ORDERING BANK
GOTHAM BANK
1412 BROADWAY
NEW YORK NY 10018-3306

DAVID ASHERIAN
4 PRESIDENTIAL DRIVE SOUTH
PLAINVIEW NY 11803

IMAD:0517 QMGFT002 002134
OMAD:0517 B1QGC03R 004933

_____
Authorized Signature

ITEM # _____

LINE # _____

REFERENCE NUMBER _____

DATE:  November 18, 2011

# Gotham Bank of New York
## WIRE TRANSFER INSTRUCTION SHEET

WIRE TRANSFER AMOUNT   **$20,000.00**

WRITTEN AMOUNT   **Twenty Thousand Dollars**

ABA NUMBER   **122041235**

RECEIVING BANK NAME   **Center Bank**

ADDRESS   **1205 S. Broadway, Los Angeles, CA 90015**

FOR ACCOUNT OF:   **Albert Talassazan**

ACCOUNT NUMBER: ████████

ULTIMATE BENEFICIARY:

ACCOUNT NUMBER:

DETAILS OF PAYMENT:

BY ORDER (CUSTOMER'S NAME)   Abraham Talassazzn

ACCOUNT NUMBER ████████

CUSTOMER AUTHORIZED SIGNATURE(S)

| *(FOR BANK USE ONLY)* | |
|---|---|
| ACCOUNT BALANCE: | |
| COLLECTED: | |
| ACCOUNT OFFICER APPROVAL | |
| SENT BY: | |
| VERIFIED BY: | |
| CHARGE | $ |

ITEM #                          _____          LINE # _____
REFERENCE NUMBER                _____          DATE: 12/15/2011

## Gotham Bank of New York
### WIRE TRANSFER INSTRUCTION SHEET

WIRE TRANSFER AMOUNT      **$20,000.00**

WRITTEN AMOUNT            **Twenty Thousand dollars and no cents**

ABA NUMBER                  **122041234**

RECEIVING BANK NAME       **Center Bank**

ADDRESS                   **1205 S. Broadway, Los Angeles, CA 90015**


FOR ACCOUNT OF:           **Albert Talassazan**

ACCOUNT NUMBER:

ULTIMATE BENEFICIARY:

ACCOUNT NUMBER:

DETAILS OF PAYMENT:


BY ORDER (CUSTOMER'S NAME)      Abraham Talassazan

ACCOUNT NUMBER

CUSTOMER AUTHORIZED SIGNATURE(S)

*(FOR BANK USE ONLY)*

ACCOUNT BALANCE: _____

COLLECTED: _____

ACCOUNT OFFICER APPROVAL _____

SENT BY: _____

VERIFIED BY: _____

CHARGE        $ _____

ITEM #    _____    LINE # _____

REFERENCE NUMBER    _____    DATE: 1/18/2012

## Gotham Bank of New York
### WIRE TRANSFER INSTRUCTION SHEET

WIRE TRANSFER AMOUNT    **$10,000.00**

WRITTEN AMOUNT    **Ten Thousand Dollars**

ABA NUMBER    **122041235**

RECEIVING BANK NAME    **Center Bank**

ADDRESS    **1205 S. Broadway, Los Angeles, CA 90015**

FOR ACCOUNT OF:    **Albert Talassazan**

ACCOUNT NUMBER:    ▅▅▅▅▅▅

ULTIMATE BENEFICIARY:

ACCOUNT NUMBER:

DETAILS OF PAYMENT:

BY ORDER (CUSTOMER'S NAME)    Abraham Talassazan

ACCOUNT NUMBER    ▅▅▅▅▅▅

CUSTOMER AUTHORIZED SIGNATURE(S)

*(FOR BANK USE ONLY)*

ACCOUNT BALANCE:

COLLECTED:

ACCOUNT OFFICER APPROVAL

SENT BY:

VERIFIED BY:

CHARGE    $

ITEM # _____

REFERENCE NUMBER _____

LINE # _____

DATE: 2/15/2012

# Gotham Bank of New York
## WIRE TRANSFER INSTRUCTION SHEET

WIRE TRANSFER AMOUNT    **$20,000.00**

WRITTEN AMOUNT    **Twenty Thousand Dollars**

ABA NUMBER    **122041235**

RECEIVING BANK NAME    **Center Bank**

ADDRESS    **1205 S. Broadway, Los Angeles CA 90015**

FOR ACCOUNT OF:    **Albert Talassazan**

ACCOUNT NUMBER:    ▬▬▬▬

ULTIMATE BENEFICIARY:

ACCOUNT NUMBER:

DETAILS OF PAYMENT:

BY ORDER (CUSTOMER'S NAME)    Abraham Talassazan

ACCOUNT NUMBER    ▬▬▬

CUSTOMER AUTHORIZED SIGNATURE(S)

*(FOR BANK USE ONLY)*

ACCOUNT BALANCE: _____

COLLECTED: _____

ACCOUNT OFFICER APPROVAL    _____

SENT BY: _____

VERIFIED BY: _____

CHARGE    $ _____

212 768 0492

ITEM # _____          LINE # _____
REFERENCE NUMBER _____          DATE: 3/28/12

## Gotham Bank of New York
### WIRE TRANSFER INSTRUCTION SHEET

WIRE TRANSFER AMOUNT      **$20,000.00**

WRITTEN AMOUNT      **Twenty thousand dollars, and no cents**

ABA NUMBER      **122041235**

RECEIVING BANK NAME      **Center Bank**

ADDRESS      **1205 S. Broadway, Los Angeles, CA 90015**

FOR ACCOUNT OF:      **Albert Talassazan**

ACCOUNT NUMBER:      ▮▮▮▮▮

ULTIMATE BENEFICIARY:

ACCOUNT NUMBER:

DETAILS OF PAYMENT:      **Loan**

BY ORDER (CUSTOMER'S NAME)      **Talass & Co**

ACCOUNT NUMBER      ▮▮▮▮▮

CUSTOMER AUTHORIZED SIGNATURE(S)

*(FOR BANK USE ONLY)*

ACCOUNT BALANCE: _____

COLLECTED: _____

ACCOUNT OFFICER APPROVAL      _____

SENT BY: _____

VERIFIED BY: _____

CHARGE      $ _____

ITEM # _____    LINE # _____

REFERENCE NUMBER _____    DATE: 5/24/2012

## Gotham Bank of New York
### WIRE TRANSFER INSTRUCTION SHEET

WIRE TRANSFER AMOUNT    **$20,000.00**

WRITTEN AMOUNT    **Twenty Thousand dollars and no cents**

ABA NUMBER    **122-041-235**

RECEIVING BANK NAME    **Center Bank**

ADDRESS    **1205 S. Broadway, Los Angles, CA 90015**

FOR ACCOUNT OF:    **Albert Talassazan**

ACCOUNT NUMBER:    ▆▆▆▆▆▆

ULTIMATE BENEFICIARY: _____

ACCOUNT NUMBER: _____

DETAILS OF PAYMENT:    **Loan**

BY ORDER (CUSTOMER'S NAME)    **Talass & Co**

ACCOUNT NUMBER    ▆▆▆▆▆▆▆

CUSTOMER AUTHORIZED SIGNATURE(S) _____

*(FOR BANK USE ONLY)*

ACCOUNT BALANCE: _____

COLLECTED: _____

ACCOUNT OFFICER APPROVAL _____

SENT BY: _____

VERIFIED BY: _____

CHARGE    $ _____



**Provident Bank**

**Provident**
Municipal Bank

**PROVIDENT BANK**
400 Rella Boulevard, Montebello, NY 10901

## WIRE FUNDS TRANSFER PAYMENT ORDER

Date: 6/6/13

Financial Center: Customer Care

US Receiving ABA #: 122041235    US Receiving Bank Name: BBCN Bank

Final Beneficiary FI Name:    Swift Code #:

Final Beneficiary FI Address: 1205 S. Broadway St., Los Angeles, CA 90015

Amount: $10,000

Written Amount: Ten thousand dollars.

Beneficiary Name: 2408 Panorama Jn, LLC.    Account #: ▮▮▮▮▮▮

Beneficiary Address: 1336 Santee St., Los Angeles, CA 90015

Originator to Beneficiary Information:

Account (Originator) Name: Abraham Talassazan    Account #: ▮▮▮▮▮▮

Fee Dollar Amount:

TO THE EXTENT NOT PROHIBITED BY LAW, THE UNDERSIGNED AGREES THAT THIS FUNDS TRANSFER IS IRREVOCABLE. THE SOLE OBLIGATION OF PROVIDENT BANK IS TO EXERCISE ORDINARY CARE IN EXECUTING THIS PAYMENT ORDER. PROVIDENT BANK IS NOT RESPONSIBLE FOR ANY LOSSES OR DELAYS WHICH MAY OCCUR AS A RESULT OF ANY OTHER PARTY'S CONDUCT, INCLUDING CLIENT'S (SENDER'S) CONDUCT, IN PROCESSING THIS FUNDS TRANSFER. NOTICE: THE BENEFICIARY'S BANK MAY MAKE PAYMENT BASED UPON THE BENEFICIARY'S ACCOUNT NUMBER LISTED ABOVE, EVEN IF IT IDENTIFIES A PERSON DIFFERENT FROM THE NAMED BENEFICIARY. IT IS THE CLIENT'S (SENDER'S) RESPONSIBILITY TO INSURE THAT ALL INFORMATION ON THIS PAYMENT ORDER IS ACCURATE.

| Complete for Business Account : | Complete for Personal Account : |
|---|---|
| AUTHORIZED SIGNATURE: | CLIENT SIGNATURE: |
| Name Title and/or Official Capacity with Company (Print) | Client Name (Print) |

INFORMATION TAKEN BY (SIGNATURE)          APPROVED BY (SIGNATURE)

***Verify signatures to signature card/resolution***

**********FOR BACK OFFICE USE ONLY**********
Please Fax to Electronic Processing Department : 845.369.8266

| | |
|---|---|
| OFAC CHECKED BY | WIRE ENTERED BY |
| APPROVED BY | ACCOUNT DEBITED \ INITIATED BY |
| WIRE REFERENCE # | WIRE SENT BY |
| FACSIMILE WIRE - | |
| CLIENT CALLBACK COMPLETED BY | VERIFIED WITH |

*Client wire verifier should be different from wire signer (client signer)*

**Provident Bank**

**Provident**
*Municipal Bank*

PROVIDENT BANK

400 Rella Boulevard, Montebello, NY 10901

## WIRE FUNDS TRANSFER PAYMENT ORDER

Date: 8/20/13

Financial Center: Customer Care

US Receiving Bank ABA #: 122041235

US Receiving Bank Name: BBCN Bank

Final Beneficiary FI Name:

Swift Code #:

Final Beneficiary FI Address: 1205 S. Broadway, Los Angeles, CA 90015

Amount: $ 8,000.00

Written Amount: Eight Thousand Dollars And Zero Cents

Beneficiary Name: Lucky 18 On Rosamond LLC

Account #: ▓▓▓▓▓▓

Beneficiary Address: 4500 W Rosamond Blvd., Rosamond, CA 93560

Originator to Beneficiary Information:

Account (Originator) Name: Abraham Talassazan

Account #: ▓▓▓▓▓▓

Fee Dollar Amount:

TO THE EXTENT NOT PROHIBITED BY LAW, THE UNDERSIGNED AGREES THAT THIS FUNDS TRANSFER IS IRREVOCABLE. THE SOLE OBLIGATION OF PROVIDENT BANK IS TO EXERCISE ORDINARY CARE IN EXECUTING THIS PAYMENT ORDER. PROVIDENT BANK IS NOT RESPONSIBLE FOR ANY LOSSES OR DELAYS WHICH MAY OCCUR AS A RESULT OF ANY OTHER PARTY'S CONDUCT, INCLUDING CLIENT'S (SENDER'S) CONDUCT, IN PROCESSING THIS FUNDS TRANSFER.
NOTICE: THE BENEFICIARY'S BANK MAY MAKE PAYMENT BASED UPON THE BENEFICIARY'S ACCOUNT NUMBER LISTED ABOVE, EVEN IF IT IDENTIFIES A PERSON DIFFERENT FROM THE NAMED BENEFICIARY. IT IS THE CLIENT'S (SENDER'S) RESPONSIBILITY TO INSURE THAT ALL INFORMATION ON THIS PAYMENT ORDER IS ACCURATE.

| Complete for Business Account : | Complete for Personal  Account : |
|---|---|
| AUTHORIZED SIGNATURE: | CLIENT SIGNATURE: |
| Name Title and/or Official Capacity with Company (Print) | Client Name (Print) |

INFORMATION TAKEN BY (SIGNATURE)

APPROVED BY (SIGNATURE)

***Verify signatures to signature card/resolution***

**********FOR BACK OFFICE USE ONLY**********
Please Fax to Electronic Processing Department : 845.369.8266

OFAC CHECKED BY

WIRE ENTERED BY

APPROVED BY

ACCOUNT DEBITED \ INITIATED BY

WIRE REFERENCE #

WIRE SENT BY

FACSIMILE WIRE -

CLIENT CALLBACK COMPLETED BY

VERIFIED WITH

*Client wire verifier should be different from wire signer (client signer)*

**Provident Bank** 

**PROVIDENT BANK**

400 Rella Boulevard, Montebello, NY 10901

**Provident**
Municipal Bank

## WIRE FUNDS TRANSFER PAYMENT ORDER

Date: 2/27/13                                Financial Center: _____

Beneficiary Bank ABA #: 122-041-235

Beneficiary Bank Abbreviation: _____

Beneficiary Bank Name: BBCN Bank

Beneficiary Bank Address: 1205 S. Broadway, Los Angeles, CA 90015

Amount: $10,000 —                  Product Code: _____

Written
Amount: Ten thousand dollars.

Beneficiary Name: Albert Talassazan            Account #: _____

Beneficiary Address: 321 S. Almont St, Beverly Hills, CA 90210

Client's (Sender's) Name: Abraham Talassazan   Account #: ███████████

Originator to Beneficiary
Information: _____

Fee Dollar Amount _____

TO THE EXTENT NOT PROHIBITED BY LAW, THE UNDERSIGNED AGREES THAT THIS FUNDS TRANSFER IS IRREVOCABLE. THE SOLE OBLIGATION OF PROVIDENT BANK IS TO EXERCISE ORDINARY CARE IN EXECUTING THIS PAYMENT ORDER. PROVIDENT BANK IS NOT RESPONSIBLE FOR ANY LOSSES OR DELAYS WHICH MAY OCCUR AS A RESULT OF ANY OTHER PARTY'S CONDUCT, INCLUDING CLIENT'S (SENDER'S) CONDUCT, IN PROCESSING THIS FUNDS TRANSFER.

NOTICE: THE BENEFICIARY'S BANK MAY MAKE PAYMENT BASED UPON THE BENEFICIARY'S ACCOUNT NUMBER LISTED ABOVE, EVEN IF IT IDENTIFIES A PERSON DIFFERENT FROM THE NAMED BENEFICIARY. IT IS THE CLIENT'S (SENDER'S) RESPONSIBILITY TO INSURE THAT ALL INFORMATION ON THIS PAYMENT ORDER IS ACCURATE.

CLIENT'S SIGNATURE

_____                           _____
INFORMATION TAKEN BY (SIGNATURE)                  APPROVED BY (SIGNATURE)

**********FOR BACK OFFICE USE ONLY**********
Please Fax to Electronic Processing Department : 845.369.8266
PRODUCT CODES

| | |
|---|---|
| BTR - BANK TRANSFER | DRW - DRAWDOWN |
| CTR - CUSTOMER TRANSFER | FFR - FED FUND RETURNED |
| DEP - DEPOSIT TO SENDER'S ACCT | FFS - FED FUND SOLD |

OFAC CHECKED BY _____        WIRE ENTERED BY _____

APPROVED BY _____           ACCOUNT DEBITED \ INITIATED BY _____

WIRE REFERENCE # _____      WIRE SENT BY _____

FACSIMILE WIRE -
CLIENT CALLBACK COMPLETED BY _____   VERIFIED WITH _____

*Client wire verifier should be different from wire signer (client signer)*

**Provident Bank**



**Provident**
Municipal Bank

**PROVIDENT BANK**
400 Rella Boulevard, Montebello, NY 10901

## WIRE FUNDS TRANSFER PAYMENT ORDER

Date: May 2, 2013

Financial Center: Customer Care

US Receiving Bank ABA #: 122041235   US Receiving Bank Name: BBCN Bank

Final Beneficiary FI Name: _____   Swift Code #: _____

Final Beneficiary FI Address: 120S S. Broadway St., Los Angeles, CA 90015

Amount: $10,000.00

Written Amount: Ten thousand dollars

Beneficiary Name: 2408 Panorama In LLC     Account #: ███████

Beneficiary Address: 1336 Santee St, Los Angeles, CA 90015

Originator to Beneficiary Information: _____

Account (Originator) Name: Abraham Talassazan     Account #: ███████

Fee Dollar Amount: _____

TO THE EXTENT NOT PROHIBITED BY LAW, THE UNDERSIGNED AGREES THAT THIS FUNDS TRANSFER IS IRREVOCABLE. THE SOLE OBLIGATION OF PROVIDENT BANK IS TO EXERCISE ORDINARY CARE IN EXECUTING THIS PAYMENT ORDER. PROVIDENT BANK IS NOT RESPONSIBLE FOR ANY LOSSES OR DELAYS WHICH MAY OCCUR AS A RESULT OF ANY OTHER PARTY'S CONDUCT, INCLUDING CLIENT'S (SENDER'S) CONDUCT, IN PROCESSING THIS FUNDS TRANSFER.
NOTICE: THE BENEFICIARY'S BANK MAY MAKE PAYMENT BASED UPON THE BENEFICIARY'S ACCOUNT NUMBER LISTED ABOVE, EVEN IF IT IDENTIFIES A PERSON DIFFERENT FROM THE NAMED BENEFICIARY. IT IS THE CLIENT'S (SENDER'S) RESPONSIBILITY TO INSURE THAT ALL INFORMATION ON THIS PAYMENT ORDER IS ACCURATE.

| Complete for Business Account : | Complete for Personal Account: 302 |
|---|---|
| AUTHORIZED SIGNATURE: _____ | CLIENT SIGNATURE: _____ |
| Name Title and/or Official Capacity with Company (Print) | Client Name (Print) |

INFORMATION TAKEN BY (SIGNATURE) _____          APPROVED BY (SIGNATURE) _____

***Verify signatures to signature card/resolution***

**********FOR BACK OFFICE USE ONLY**********
Please Fax to Electronic Processing Department : 845.369.8266

| OFAC CHECKED BY | WIRE ENTERED BY |
|---|---|
| APPROVED BY | ACCOUNT DEBITED \ INITIATED BY |
| WIRE REFERENCE # | WIRE SENT BY |
| FACSIMILE WIRE - | |
| CLIENT CALLBACK COMPLETED BY | VERIFIED WITH |

Client wire verifier should be different from wire signer (client signer)

**Provident Bank**



**PROVIDENT BANK**

400 Rella Boulevard, Montebello, NY 10901

**WIRE FUNDS TRANSFER PAYMENT ORDER**

Date: 1/24/2013                                   Financial Center: _____

Beneficiary Bank ABA #: 122-041-235

Beneficiary Bank Abbreviation: _____

Beneficiary Bank Name: BBCN Bank

Beneficiary Bank Address: 1205 S. Broadway, Los Angeles, CA 90015

Amount: 10,000.00                    Product Code: _____

Written
Amount: Ten thousand dollars no cents

Beneficiary Name: Albert Talassazan      Account #: ████████

Beneficiary Address: 321 S. Almont Street, Beverly Hills, CA 90210

Client's (Sender's) Name: Abraham Talass      Account #: ████████

Originator to Beneficiary
Information: _____

Fee Dollar Amount

TO THE EXTENT NOT PROHIBITED BY LAW, THE UNDERSIGNED AGREES THAT THIS FUNDS TRANSFER IS IRREVOCABLE.  THE SOLE OBLIGATION OF PROVIDENT BANK IS TO EXERCISE ORDINARY CARE IN EXECUTING THIS PAYMENT ORDER.  PROVIDENT BANK IS NOT RESPONSIBLE FOR ANY LOSSES OR DELAYS WHICH MAY OCCUR AS A RESULT OF ANY OTHER PARTY'S CONDUCT, INCLUDING CLIENT'S (SENDER'S) CONDUCT, IN PROCESSING THIS FUNDS TRANSFER.

NOTICE: THE BENEFICIARY'S BANK MAY MAKE PAYMENT BASED UPON THE BENEFICIARY'S ACCOUNT NUMBER LISTED ABOVE, EVEN IF IT IDENTIFIES A PERSON DIFFERENT FROM THE NAMED BENEFICIARY.  IT IS THE CLIENT'S (SENDER'S) RESPONSIBILITY TO INSURE THAT ALL INFORMATION ON THIS PAYMENT ORDER IS ACCURATE.

CLIENT'S SIGNATURE

INFORMATION TAKEN BY (SIGNATURE) _____          APPROVED BY (SIGNATURE) _____

***********FOR BACK OFFICE USE ONLY**********
Please Fax to Electronic Processing Department : 845.369.8266
PRODUCT CODES

| | |
|---|---|
| BTR - BANK TRANSFER | DRW - DRAWDOWN |
| CTR - CUSTOMER TRANSFER | FFR - FED FUND RETURNED |
| DEP - DEPOSIT TO SENDER'S ACCT | FFS - FED FUND SOLD |

OFAC CHECKED BY _____          WIRE ENTERED BY _____

APPROVED BY _____          ACCOUNT DEBITED \ INITIATED BY _____

WIRE REFERENCE # _____          WIRE SENT BY _____

FACSIMILE WIRE -
CLIENT CALLBACK COMPLETED BY _____          VERIFIED WITH _____

*Client wire verifier should be different from wire signer (client signer)*

B6F (Official Form 6F) (12/07)

In re   **Albert Talassazan**                                                   Case No. _____
                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H/W | J/C | | | | | |
| Account No.<br><br>Abraham Talassazan<br>485 7th Avenue<br>Suite 777<br>New York, NY 10018 | - | | | Personal loans for rent, living expenses, legal fees | | | | 400,000.00 |
| Account No. xx0005<br><br>Albert Toubia, DDS<br>436 N. Roxbury Drive<br>Beverly Hills, CA 90210 | - | | | 02/2011<br>**Dental Services** | | | | 2,196.00 |
| Account No.<br><br>Alberto Makali<br>242 W. 36th Street<br>New York, NY 10018 | - | | | Goods | | | | 49,000.00 |
| Account No. xxxxxxxxxxxx9313<br><br>American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | - | | | Opened 6/15/05  Last Active 2/01/10<br>**Credit Card** | | | | 0.00 |
| **14**  continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | 451,196.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        S/N:37429-131106   Best Case Bankruptcy

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **AMENDED MOTION FOR ORDER DISALLOWING CLAIM NO. 10-1 (ABRAHAM TALASSAZAN); MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF REEM J. BELLO IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **September 1, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **September 1, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 1, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Robert Kwan, 255 E. Temple Street, Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 1, 2017 | Kelly Adele | /s/ Kelly Adele |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VIA U.S. MAIL**
Albert Talassazan
321 S. Almont Drive
Beverly Hills, CA 90211
**Debtor**

Abraham Talassazan
7 Sinclair Drive
Great Neck, NY 11024

Abraham Talassazan
485 7th Avenue, Suite 777
New York NY 10018

Michael Vivoli, Esq.
Vivoli Saccuzzo, LLP
2550 Fifth Avenue, Suite 709
San Diego, CA  92103

**Electronic Mail Notice List**
Reem J Bello     rbello@lwgfllp.com, kadele@wgllp.com;lfisk@wgllp.com
Gregory Carpenter     gcarpenter@mgae.com
Douglas V Dukelow     , doug.dukelow@gmail.com
Jeffrey I Golden     jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com
Christopher J Green     cgreen@bohmwildish.com, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com;KWinterson@mintz.com
Sam S Leslie     admin@leaaccountancy.com
Kenderton S Lynch     kenlynchlaw@aol.com
Jennifer A Marrow     jmarrow@mgae.com
Peter J Mastan (TR)     pmastan@gumportlaw.com, pmastan@ecf.epiqsystems.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov